STATE OF MONTANA,
   Plaintiff,                           NO. DC-97-23
vs.                                  Decision
REYNARD E. KILLSNIGHT,
   Defendant.

On April 17, 2000, the defendant was sentenced to a five (5) year commitment to the Department of Corrections.

On November 2, 2000, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Kathleen Jenks. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed. However, the Board orders that the Department of Corrections immediately screen this defendant for all available community placement programs, including but not limited to: pre-release placement, the Connections Corrections Program in Butte, Montana, and ISP. The defendant does not require the security as provided by the Montana State Prison.

Done in open Court this 2nd day of November, 2000.

DATED this 27th day of November, 2000.
Chairman, Hon. Jeffrey H. Langton, Member, Hon. Marge Johnson and Member, Hon. David Cybulski.